JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN LATEX CORP., a California corporation, <br><br>      Plaintiff, <br><br>   vs. <br><br> 'DOC' JOHNSON ENTERPRISES, a California corporation; and DOES 1-10, inclusive, <br><br>      Defendants. <br><br> _____ <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:18-cv-05656-RGK-AFM <br><br> Hon. R. Gary Klausner <br><br><br> **[~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

   Pursuant to Rule 41(a)(1)(A)(ii), upon the stipulation of the parties, the within action shall be, and it hereby is, dismissed without prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated:  October 11, 2019

_____
R. Gary Klausner
U.S. District Court Judge